No. 70–97. Norfolk & Western Railway Co. *v.* Nemitz et al. C. A. 6th Cir. [Certiorari granted, 402 U. S. 994.] Motion of United Transportation Union for leave to file a brief as *amicus curiae* denied.

No. 70–250. Carleson, Director of Department of Social Welfare, et al. *v.* Remillard et al. Appeal from D. C. N. D. Cal. The Solicitor General is invited to file a brief in this case expressing the views of the United States. Motion for reinstatement of stay of injunctive order denied.

No. 70–5305. Digesualdo et al. *v.* Shea, Director of Department of Social Services, et al. Appeal from D. C. Colo. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 71–183. Agua Caliente Band of Mission Indians et al. *v.* County of Riverside, California. C. A. 9th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 70–5033. Love *v.* Pullman Co. C. A. 10th Cir. [Certiorari granted, 401 U. S. 907.] Motion of National Association for Advancement of Colored People for leave to file a brief as *amicus curiae* granted.

No. 70–5039. Fuentes et al. *v.* Shevin, Attorney General of Florida, et al. Appeal from D. C. S. D. Fla. [Probable jurisdiction noted, 401 U. S. 906, *sub nom. Fuentes* v. *Faircloth.*] Motions of National Consumer Law Center and Urban Law Institute for leave to file a brief as *amici curiae* and to dispense with printing granted.